Denis M. McDevitt, Esq. (SBN 82526)
denis@mcdevittpribyl.com
MCDEVITT & PRIBYL, APLC
3550 Camino Del Rio North, Suite 200
San Diego, California 92108
Telephone: (619) 285-9125
Facsimile: (619) 285-9124

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| JOHN DOE, an individual; and JANE DOE, an individual, | ) ) ) | CASE NO:    **'26 CV4011 LL    MSB** |
|---|---|---|
| Plaintiffs, | ) ) ) ) | **COMPLAINT FOR TAX REFUND** |
| v. | ) ) ) | [JURY TRIAL DEMANDED] |
| UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |
| _____ | ) | |

John Doe and Jane Doe, as individuals , (hereinafter referred to as "Plaintiffs"), who are husband and wife with residence in San Diego County, California, hereby file this claim for tax refund against the United States of America (hereinafter "Defendant"), and allege as follows:

1. Plaintiffs' legal names have been withheld for privacy and for security reasons and will be provided to the Court and the Defendant at such time and manner as determined by the Court to assure the Plaintiffs' rights to this claim and secure their right to privacy and safety.

2. This claim for refund is under Title 26 USC §§ 6401 et seq. for failure to refund taxes paid by them for the tax years 2013, 2014, 2015 and 2016 in total amount of $550,536 due from refund claims filed under the CARES Act enacted by Congress authorizing the carryback of tax losses incurred by Plaintiffs in the tax years 2018, 2019 and 2020.

COMPLAINT FOR TAX REFUND

3.      This claim for refund is an action for the recovery of those taxes, plus statutory interest for failure to refund the taxes after the Plaintiffs duly filed refund claims that were either summarily dismissed or improperly denied for reasons never communicated to the Plaintiffs.

4.      Plaintiffs timely filed their individual income tax returns for the following tax years in the amount of tax indicated: tax year 2013 in the amount of $54,104; tax year 2014 in the amount of $32,136; tax year 2015 in the amount $141,969; and for the tax year 2016 in the amount of $365,990. All tax returns filed by Plaintiffs were joint returns as husband and wife.

5.      The taxes for which refund is sought were paid to the Internal Revenue Service Center in Fresno, California.  All taxes paid were pursuant to timely filed tax returns for the years involved herein.

6.      Plaintiffs timely filed their individual income tax returns for the tax years 2018, 2019 and 2020.  In each of those tax years, Plaintiffs incurred substantial business losses resulting in net operating losses.  All tax returns filed by Plaintiffs for those years were joint returns as husband and wife.

7.      On or about January 11, 2021, Plaintiffs filed refund claims on Form 1040X for each of the refund years involved herein.

8.      These refund claims were filed pursuant to Internal Revenue Code §172(b)(1) which was amended by the CARES Act to provide for a carryback of any net operating loss ("NOL") arising from a tax year after December 31, 2017, and before January 1, 2021.  The carryback loss was permitted to be claimed up to five years preceding the tax year in which the loss was incurred.

9.      Pursuant to the rules and regulations of the Internal Revenue Service (also "Service"), the controlling government agency in charge of handling refund claims, Plaintiffs' refund claims were filed with the Service's Kansas City Service Center.  The Service acknowledged receiving Plaintiffs' refund claims on February 23, 2021.

10.      This period of time overlapped the COVID-19 pandemic.  Many government agencies had shut down for long periods of time, and the postal service was spotty at best.

11.      Nevertheless, Plaintiffs received a response to their refund claims from the Kansas City Service Center on July 22, 2021, acknowledging receipt of the refund claims but requesting that

Plaintiffs re-file their claims using Form 1045. A response to this request proposed a deadline of October 15, 2021.

12.    Although the refund claims on Form 1040X were appropriate and authorized, Plaintiffs timely re-filed their refund claims on Form 1045, which resulted in exactly the same refund amount as what was requested on Form 1040X. The response was duly returned before the proposed deadline of October 15, 2021. Form 1045 was filed and refiled on at least four different occasions.

13.    Both the Form 1040X and Form 1045 filings were proper and timely and complied with all of the statutory requirements for the refunds claimed. Defendant's failure to accept the refund claims and make the tax refunds was wrongful.

14.    After filing Form 1045, Plaintiffs never received a substantive response to their claims. Ever. No response was ever given to the efficacy of the refund claims or any reason given for the denial of the refund claims.

15.    This was the time of the COVID-19 pandemic, and it was well publicized that due to the various shutdowns of government offices, the Service was struggling to keep up with its normal filing functions. In fact, the Service instructed all taxpayers not to call regarding their refund claims as those requests could not be accommodated. Plaintiffs were patient and assumed that they would eventually receive their refund.

16.    Finally, in January of 2024, Plaintiffs resubmitted their refund claims again in the hope that they would receive a response. No response was ever received. This routine was again followed in January of 2025. No response was received.

17.    In October of 2024, concerned about the statute of limitations on their refund claims, Plaintiffs filed Form 843, a protective claim form, to toll the statute of limitations on their refund claims.

18.    In April of 2025, some four years after the initial refund filing, Plaintiffs received as "30-Day Letter" from the Kansas City Service Center that was a denial of their refund claim with instructions that Plaintiffs could file a protest within thirty days. No substantive explanation was given for the denial of the refund claims.

19.    In response to the "30-Day Letter," on May 14, 2025, Plaintiffs filed a Protest Letter to the denial of their refund claims and requested a conference with the Service's Appeals Office in San Diego, California.

20.    The Kansas City Service Center acknowledged receipt of this Protest Letter, requesting that the Protest be made under penalty of perjury.  On October 1, 2025, Plaintiffs submitted the Protest under penalty of perjury.

21.    To the date of this complaint, no response was ever received to this Protest and no conference with the San Diego Appeals Office has ever been given.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment of the refund claims and for the taxes and the statutory interest thereon and for such other and further relief as may be determined by this court to be just.

DATED: July 13, 2026                MCDEVITT & PRIBYL, APLC


                                    /s/ DENIS M. MCDEVITT
                                    Denis M. McDevitt, Attorney For Plaintiff